# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THOMAS EARL EVERETT JR., | : | No. 149 MM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PRESIDENT JUDGE MICHAEL J. | : | |
| BARRASSE, COURT OF COMMON | : | |
| PLEAS LACKAWANNA COUNTY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of December, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** The Prothonotary is **DIRECTED** to forward the filing to counsel and to strike President Judge Barrasse's name from the caption.